## UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Francis P. O'Keeffe | : | Chapter 13 |
| **Debtor** | : | |
| **Toyota Motor Credit Corporation** | : | |
| Movant | : | Bankruptcy Case Number |
| | : | 17-16941 ELF |
| v. | : | |
| Francis P. O'Keeffe | : | |
| Respondent/Debtor | : | |
| And | : | |
| William C. Miller, Esquire Trustee | : | |

### CERTIFICATE OF SERVICE

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that the attached response to the Motion of Toyota Motor Credit was sent this 23rd day of September 2019 via electronic notification and/or United States, First Class Mail, postage prepaid to all secured and priority creditors (if any) at the address listed in the claims register:

**Movant's Counsel**
Kevin G. McDonald, Esq.
KML Law Group

**Trustee:**
William C. Miller, Esquire
Chapter 13 Standing Trustee

    \s\ Michael Schwartz
**MICHAEL SCHWARTZ, ESQUIRE**
Attorney for Debtor