Certificate Number: 15317-PAE-DE-035456091

Bankruptcy Case Number: 17-16941



15317-PAE-DE-035456091

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 13, 2021, at 2:02 o'clock PM PST, Francis P Okeeffe completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 13, 2021           By:   /s/Janice Morla

                                 Name: Janice Morla

                                 Title: Counselor