Certificate Number: 15317-PAE-DE-035456090

Bankruptcy Case Number: 17-16941



15317-PAE-DE-035456090

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 13, 2021, at 2:02 o'clock PM PST, Marianne E Okeeffe completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 13, 2021                    By:    /s/Janice Morla

Name:  Janice Morla

Title:  Counselor